\

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-02936-GPC |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL** |
| ARMIDA APODACA ALVAREZ, | |
| Defendant. | |

Before the Court is Armida Apodaca Alvarez's motion to file under seal her sentencing memorandum, sentencing summary chart, the motion to seal, and the order to seal.

Courts apply a "strong presumption in favor of access" to documents filed in litigation. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003). To overcome that presumption, the movant must provide "compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the 'public interest in understanding the judicial process.'" *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted).

Apodaca Alvarez identifies highly sensitive information that, she alleges, requires the sentencing memorandum and sentencing summary chart to be sealed.  While some portions of the memorandum reference this information, other portions do not.  Accordingly, this Court finds that the request to seal the documents in their entirety is overly broad and **DENIES** the motion to file documents under seal without prejudice.

To the extent that Defendant wishes to protect the confidential or privileged information contained within the sentencing memorandum or summary chart, she must redact those portions of the document and file the redacted version on the public docket.  Simultaneously, she must refile the motion to seal the unredacted versions.  The Court **ORDERS** that Defendant file the redacted and unredacted versions of the document, in accordance with this opinion, by September 28, 2023.

**IT IS SO ORDERED.**

Dated:  September 26, 2023

Hon. Gonzalo P. Curiel
United States District Judge